AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ALI OMAR POLK,**

    **Petitioner,**

    vs.                        No. C-10-5529 PJH

**KATHERINE DICKINSON, Warden**

    **Respondent.**
_____/

**STIPULATION AND ORDER REGARDING FURTHER ENLARGEMENT OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before March 3, 2011, may be extended to April 4, 2011.

Dated: February 22, 2011                          _____/S/_____
                                                       AJ KUTCHINS
                                                       Attorney for the Petitioner

Dated: February 25, 2011                          _____/S/_____
                                                     JOHN DEIST
                                                      Deputy Attorney General
                                                      Attorney for the Respondent

Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's Traverse shall be and is extended to April 4, 2011.

Dated: _3/1/11_____                             _____
                                                      HON. PHYLLIS J. HAMILTON
                                                      United States District Judge

*IT IS SO ORDERED*

Stip. & Order Further Extending Time for Traverse