1  AJ KUTCHINS
   State Bar No. 102322
2  PO Box 5138
   Berkeley, California  94705
3  (510) 841-5635
   *fax*: (510) 841-8115
4  *e-mail*: ajkutchins@earthlink.net

5  Attorney for Petitioner

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  **ALI OMAR POLK,**

9    **Petitioner,**

10    **vs.**              No. C-10-5529 PJH

11  **KATHERINE DICKINSON, Warden**

12    **Respondent.**
     _____/
13

14  **STIPULATION AND ORDER REGARDING FURTHER ENLARGEMENT
   OF TIME WITHIN WHICH TO FILE TRAVERSE**
15

16    The parties in the above-captioned action hereby stipulate that the time for filing

17  Petitioner's Traverse, which is now due on or before April 4, 2011, may be extended to May

18  4, 2011.

19  Dated: April 1, 2011           _____/S/_____
                     AJ KUTCHINS
20                    Attorney for the Petitioner

21  Dated: April 1, 2011           _____/S/_____
                     JOHN DEIST
22                    Deputy Attorney General
                     Attorney for the Respondent
23

24    Good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's

25  Traverse shall be and is extended to May 4, 2011. FINAL EXTENSION.

26

27  Dated: __4/6/11_____      _____
                     HON. PHYLLIS J. HAMILTON
28                    United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton