UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALI OMAR POLK,

        Petitioner,                         No. C 10-5529 PJH

    v.                                **JUDGMENT**

KATHLEEN DICKINSON, Warden,

        Respondent.

_____/

    The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.  Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: September 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge